IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MORGAN TILLEY,<br>              Plaintiff,<br>   v.<br>CAROLYN W. COLVIN, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br>              Defendant.<br>_____/ | Case No. C 15-0437 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO INFORM COURT WHETHER HE CONSENTS TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.  See Civil L.R. 73-1(b).

On February 23, 2015, defendant consented to have a magistrate judge conduct all further proceedings in the instant action.  Accordingly, plaintiff is hereby DIRECTED to advise the Court, no later than March 20, 2015, as to whether he consents to have a magistrate judge conduct all further proceedings in the instant action.[1]  For plaintiff's convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Dated: February 24, 2015

MAXINE M. CHESNEY
United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.