IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MORGAN TILLEY,<br>　　　　　Plaintiff,<br>　v.<br>CAROLYN W. COLVIN, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br>　　　　　Defendant.<br>_____/ | Case No. C 15-0437 MMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL FURTHER PROCEEDINGS UPON CONSENT** |

All remaining parties having consented to assignment of the above-titled matter to a United States Magistrate Judge (see Doc. Nos. 12, 14), the above-titled action is hereby REFERRED to a magistrate judge for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

**IT IS SO ORDERED.**

Dated: March 2, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge